JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN BOGGS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br><br>K-MAMA BBQ, et al.,<br><br>　　　　　　　Defendants. | Case No. 5:24-cv-01466-SSS-DTBx<br><br>**JUDGMENT**<br><br>Complaint Filed:　July 15, 2024<br>Trial Date:　　　　None |

After full consideration of the pleadings and papers on file in this case and the evidence on record, **IT IS HEREBY ORDERED** that:

Plaintiff Darwin Boggs shall recover from Defendants K-Mama BBQ and Yung Chung attorney's fees of $1,200.00 and costs of $565.00, for a total of $1,765.50.

DATED: December 18, 2024

_____
HONORABLE SUNSHINE S. SYKES
United States District Judge

-1-